IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAYVON GRANT, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00427-MTT-MSH |
| | * |
| UNIT MANAGER CALPURNIA WASHINGTON, et al., | * |
| Defendants. | * |

### J U D G M E N T

Pursuant to this Court's Order dated September 16, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 16th day of September, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk